RECEIVED JUN 0 3 2025 PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

David Johnson Plaintiff
Against ADA Myles Ashong
Manhattan, DA office. Also police officers
Herbert wroten #26425 17th Pct

-against-

Charles Morro # 1011 13th Pct.
Luis Diaz # 19018 10th Pct.
Albert Vitarelli, 3766 1st Pct.
Danielle Venuto # 7106 9th Pct.

Keith Kealy # 2948 MTS Pct. Lauren Helmeset # 31735 MTS Pct.

No. 25 CV 4719
(To be filled out by Clerk's Office)

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes  ☐ No

Fed R. Civ 38
7th Amend. US Cons.
1983 - 1985 - 1986
individul - official capacity

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

D A V I D        J O H N S O N
_____
First Name          Middle Initial          Last Name

n/a
_____
State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

349-24-02392
_____
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

NORTH INFIRMARY COMMAND
_____
Current Place of Detention

1500 Hazen Street        East Elmhurst NY 11370-
_____
Institutional Address

(as seen above)
_____
County, City                    State            Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other: _____

As follows from "different" dates times also places. The Defendants made, false arrest charges and cases. Against the Plaintiff, David Johnson. 1st) Defendant #1 ADA Myles Ashong, from Manhattan DA office. Who prosecuted all of the false cases hear by each of the other Defendants. By the use of Perjury, set up evidence, false arrest. 2nd) Defendant #2 Herbert wroten, #26425 17th Pct. Also Defendant #3 Charles Morro #1011 13th Pct. Also Defendant #4 Luis Diaz, 19018 10th Pct. All who took part, in false arrest, 5/28/23, under Docket # CR 015057-23NY, Dec 7th 2023 case was dismissed. 3rd) Defendant #5 Albert Vitarelli, #3966 1st Pct, arrested 10/23/23 Docket # CR030456-23NY 4/29/24 case was dismissed. Defendant #6 Danielle Venuto, #7106 9th Pct 10/23/23 Docket # CR030455-23NY case was dismissed 4/29/24. Defendant #7 Keith Kealy #2948 MTS, Pct arrested 10/23/23, case was dismissed 4/29/24, Docket # CR035847-23NY. Defendant #8 Lauren Helmeset #31755 MTS Pct arrested 12/19/23, Docket # CR035847-23NY, dismissed 4/29/24 all of listed defendants took part in false arrest cases.

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary. (1)

Defendant 1:  Myles Ashong Manhattan DA
First Name   Last Name   Shield #
office one Hogan Place ny ny 10013
Current Job Title (or other identifying information) Police officer (2)
Herbert Wroten #26425 17th pct.
Current Work Address                                                          (3)
Charles Morro # 1011 13th Pct.
County, City          State          Zip Code
Luis Diaz # 19018 10th Pct. (4)

Defendant 2:
First Name   Last Name   Shield #
Albert Vitarelli #3966 1st Pct. (5)
Current Job Title (or other identifying information)
Danielle Venuto, # 7106 9th Pct. (6)
Current Work Address
Keith Kealy #2948 MTS Pct. (7)
County, City          State          Zip Code
Lauren Helmeset #31755 MTS Pct. (8)

Defendant 3:
First Name   Last Name   Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City          State          Zip Code

Defendant 4:

First Name   Last Name   Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City          State          Zip Code

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Manhattan NY

Date(s) of occurrence: Possible retalitory investigations...due to dismissals.. Due to a investigation to wit that was improperely conducted,motivated,,set forth ,lacked in evidence arrest for incidents since 8/7/21,-5/28/23- 5/13/23 7/4/23 --10/23/23-12/21st/23 -7/20/23 conducted

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

Note . appears to be a Robbery Squad ,Anti -Crime
Note;Most of these cases were dismissed except for one ongoing
Plaintiff-Claimant actually states all except for one.......

1) J O H N S O N states all Officers named being Herbert Wroten #26425 Vitarelli # 3966 #Venuto 7106 keith kerally #2948 ,Helmeset # 31755 Monck #3326 set up a series of arrests based on alleged criminal acts plaintiff never comitted,or fit the alleged descript -ion of"perp" to wit appeared a personalized conspiracy to falsely arrest,frame, investigate,my person because of dealings in the past,,although not fitting original description still picked.

2) ON 5/28/23 PO NYPD Diaz # 19018 put togther a case from a 8/7/21 incident & had me arrested & arraigned Also for a alleged incident 5/13/23

3) ON 5/28/23 I was also arrested by13th precinct Officer NYPD Wroten sheild # 26425 Dkt CR 015057/23

4) Due to a so called incident 7/4/23 Officer Vitarelli sheild #3966 also had litigant arrested Dkt #CR 030456 /231

NOTE: these incidents appear to be robberies to wit I do not fit the description of the"perp"" as originally stated by complainant as shown by complaint # Dkt CR 030455/23 being dismissed

5)Apparantly Officers have been e-mailing my picture around on their personal phones to each other ,testifying falsely at Grand ,Jury prompting alleged complainant to pick picture ,falsifying;,affidavit police data ,records ,reports to create my person as suspect

6)Copies of the felony complaints will besubmitted Indictments to wit have been dismissed except one ongoing situaition

7)ADA Myles Ashong has handled my situaition constiniously it appears and but CR 030455/23 was dismissed

8) It should be noted someone an officer has instructed the witness to state I am bald headed to wit I always wear a hat .Said info would be impossible for a ( to know as seen in public my appearance ) witness to know.......

pattern of unlawful fraudelent arrests lacking in evidence &
policy of conducting arrests by creating a witness or manufacturing proable cause........

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

intentional infliction emotional distress, trauma, mental anguish ~~fatigue~~

## VI.  RELIEF

State briefly what money damages or other relief you want the court to order.

Under indidividual & official capacities
Institute damages for 10,000,000 dollars monetary in civil ~~litigation for punitive, supervisory, policy considerations~~ training, careless disregard in investigative capacity for false arrest, malicious prosecution, abuse of process unlawful imprisonment, investigative techniques careless disregard deliberate indifference in assuming, carrying-out ~~developing a investigation without filing false, perjurious~~ fraudelent documents under 4th, 5th, 6th, 14th == fed Constitutionl jurisprudence Article 1sec11 sec 12 NY State Cons.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 5-04-025

Plaintiff's Signature: [signed]

First Name: David
Middle Initial: L
Last Name: Johnson BC#349-2402392

Prison Address: 1500 Hazen st east elmhurst

County, City: Queens
State: NY
Zip Code: 11370

Date on which I am delivering this complaint to prison authorities for mailing: 5-04-025
Page 6



David Johnson
BC# 349-0400398
1500 Hazen st east
elmhurst ny 11370
5 South

office of united States
District court southern District of New York
Pro-se intake Department
500 Pearl st New York
NY 10007

Legal mail    Legal mail

RECEIVED
JUN 03 2025
PRO SE OFFICE