UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
DAVID JOHNSON,                                                      :
                                                                    :
                            Plaintiff,                              :     25 Civ. 4719 (JPC) (SLC)
                                                                    :
            -v-                                                     :     ORDER OF REFERENCE
                                                                    :     TO A MAGISTRATE
ADA MYLES ASHONG *et al.*,                                          :     JUDGE
                                                                    :
                            Defendants.                             :
                                                                    :
------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

This action is referred to the Honorable Sarah L. Cave for the following purposes:

☒ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute: _____

☐ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☐ Settlement

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

☐ Habeas Corpus

☐ Social Security

☒ Dispositive Motion (i.e., motion requiring a Report and Recommendation).
Particular Motion: _____

SO ORDERED.

Dated: July 15, 2025
       New York, New York

_____
JOHN P. CRONAN
United States District Judge