UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID JOHNSON,<br><br>                              Plaintiff,<br>         -against-<br><br>HERBERT WROTEN, ET AL.,<br><br>                              Defendants. | WAIVER OF SERVICE<br>EXECUTED<br>25-CV-4719 |

Under Rule 4(d) of the Federal Rules of Civil Procedure, the officers shown below, agree to waive service of the summons and complaint in this case with the understanding that the time for them to answer or otherwise respond to the complaint will be sixty days from the date upon which this waiver is filed with the Court.

- Herbert Wroten
- Charles Morro
- Luis Diaz
- Albert Vitarelli
- Daniel Venuto
- Keith Kealy
- Lauren Helmeset

Dated:     August 14, 2025
           New York, New York

*Amy Robinson*
Amy Robinson
New York City Police Department
Legal Bureau