UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

TONY HARRISON,

                               Plaintiff,

      -against-

ADA MYLES ASHONG *et al.*,

                             Defendants.

------------------------------------------------------------------------ X

**NOTICE OF APPEARANCE**

25 Civ. 4719 (JPC) (SLC)

      **PLEASE TAKE NOTICE** that John McLaughlin, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Muriel Goode-Trufant, attorney for Keith Kealy, Charles Morro, Danielle Venuto, and Herbert Wroten. All future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated:     New York, New York
             September 15, 2025

                                          MURIEL GOODE-TRUFANT
                                          Corporation Counsel of the City of
                                             New York
                                          *Attorney for Defendants Kealy, Morro,*
                                             *Venuto, and Wroten*
                                          100 Church Street,
                                          New York, New York 10007
                                          P: (212) 356-2657

                                    By:    *John McLaughlin* /s/
                                              John McLaughlin, Esq.
                                              *Assistant Corporation Counsel*

- 2 -

Cc: **VIA FIRST CLASS MAIL**
David Johnson
349-24-02392
North Infirmary Command
15-00 Hazen Street
East Elmhurst, NY 11370
*Plaintiff Pro Se*