## DECLARATION OF SERVICE BY MAIL

I, John McLaughlin, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on October 14, 2025, I served the following:

- DEFENDANTS' LETTER MOTION REQUESTING INFORMAL PRE-MOTION CONFERENCE
- ALL UNPUBLISHED AUTHORITIES AS REQUIRED BY LOCAL RULE 7.2

upon David Johnson, the plaintiff in the matter, <u>David Johnson v. ADA Myles Ashong, et al.</u>, 25 Civ. 4719 (JPC)(SLC) by placing a copy of same, enclosed in a properly addressed envelope designated for certified mail, in the designated outgoing mail collection at 100 Church Street for processing, postage application, and delivery to the United States Postal Service, within the State of New York, directed to Plaintiff in the address listed below, that being the address designated by Plaintiff for that purpose:

        David Johnson
        349-24-02392
        North Infirmary Command
        15-00 Hazen Street
        East Elmhurst, NY 11370

Certified Mail Tracking Number:    7017 3040 0000 9371 5124

Dated:    New York, NY
          October 14, 2025

        Respectfully submitted,

        *John McLaughlin* /s/
        John McLaughlin
        *Assistant Corporation Counsel*
        Special Federal Litigation Division