UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID JOHNSON,

                        Plaintiff,

-v-                                    CIVIL ACTION NO. 25 Civ. 4719 (JPC) (SLC)

HERBERT WROTEN, et al.,                  **SCHEDULING ORDER**

                        Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Defendants' letter at Dkt No. 16 raising concerns about the sufficiency of Plaintiff's Complaint and requesting a pre-motion conference. The request is GRANTED and a telephonic conference is scheduled for **Wednesday, October 22, 2025 at 10:00 a.m. EST** on the Court's conference line (the "Conference"). The parties are directed to call: 1-855-244-8681; meeting number: 2308-226-4654#, at the scheduled time. Defendants should be prepared to explain to Plaintiff the deficiencies in the Complaint to which Plaintiff will have an opportunity to respond at the Conference. Counsel for Defendants is ORDERED to (1) contact the North Infirmary Command at Riker's Island to arrange for the production of Plaintiff for the Conference; (2) determine the telephone number at which Plaintiff will be reachable for the Conference; and (3) telephone the Court with Plaintiff on the line at the time and date of the Conference.

The Clerk of the Court is respectfully directed to close Dkt. No. 16 and mail a copy of this Order to Plaintiff's address on the docket.

Dated:      New York, New York
              October 15, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge