UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID JOHNSON,

                    Plaintiff,

   -v-                                            CIVIL ACTION NO. 25 Civ. 4719 (JPC) (SLC)

HERBERT WROTEN, et al.,                         **ORDER**

                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

On October 15, 2025, the Court scheduled a telephonic conference (the "Conference") for October 22, 2025 to discuss Plaintiff's Complaint and Defendants' request for a premotion conference (Dkt. No. 16) and directed Defense Counsel to arrange for Plaintiff to appear at the Conference from Riker's Island. (Dkt. No. 18). On the morning of the Conference, Defense Counsel notified the Court that Plaintiff is being transferred to New York State custody, which prevented Defense Counsel from requesting Plaintiff's production for the Conference. Accordingly, until Plaintiff's location can be determined, the Conference is ADJOURNED sine die. By **Wednesday, November 5, 2025,** Defense Counsel is directed to (1) file a letter updating the Court as to Plaintiff's current address, and (2) mail a copy of this Order to that address. Plaintiff is reminded of his obligation to update his address with the Court or face dismissal of this action for failure to prosecute under Federal Rule of Civil Procedure 41(b).

Dated:       New York, New York
                October 22, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2