Re:                    10/21/25

Matter David Johnson
        v City of New York
25 CV 4719

Please note i am not at my old address. As BC# 349-2402392 1500 Hazen st east elmhurst ny 11370.
Due to 10/20/25 change, i am upstate ID 25B 3242 at elmira corr Fac but bet 3 weeks or 4 that can change also.

            Yours
        David Johnson
                25 cv 4719


RECEIVED OCT 27 2025 PRO SE OFFICE

