UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID JOHNSON,

                         Plaintiff,

-v-

HERBERT WROTEN, et al.,

                         Defendants.

CIVIL ACTION NO. 25 Civ. 4719 (JPC) (SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiff's letter at Dkt. No. 20 updating his address on the docket. Accordingly, the Court's Order at Dkt. No. 19 is VACATED. The telephonic pre-motion conference is scheduled for **Thursday, November 13, 2025 at 11:30 a.m. ET** on the Court's conference line (the "Conference"). The parties are directed to call: 1-855-244-8681; meeting number: 2308-226-4654#, at the scheduled time. Defendants should be prepared to explain to Plaintiff the deficiencies in the Complaint to which Plaintiff will have an opportunity to respond at the Conference. Counsel for Defendants is ORDERED to (1) contact the Elmira Correctional Facility to arrange for the production of Plaintiff for the Conference; (2) determine the telephone number at which Plaintiff will be reachable for the Conference; and (3) telephone the Court with Plaintiff on the line at the time and date of the Conference.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff's address on the docket.

Dated:   New York, New York
         October 29, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2