Re: 25civ4719

11/5/25

David Johnson
25 B 3242 Elmira correctional Facility PO Box 500 Elmira NY 14902-0500

Matter Scheduling order
Pro Se office
Attn, court clerk

11/4/25 Yesterday, at elmira got Your letter, from Magistrate Judge, Sarah L. Cave. Dated 10/15/2025, about Scheduling order for 10/22/25 10AM, EST. Please note, due to fact would of been un-able to do. Becuase as of 10/20/2025, got moved, from rikers NIC 1500 Hazen st east elmhurst NY 11370, no longer under 349-2402392. Due to fact, got moved upstate 10/20/25, at above address, so did not know about, a dated order from 10/15/25 1st) becuase of my 10/20/25 move 2nd) would not know about, Your 10/22/25 date 3rd) I Just got Your Scheduling 11/4/25, would need a new order date due to fact, iam at NYS Doc now.

Yours

David Johnson

Case 1:25-cv-04719-JPC-SLC   Document 22   Filed 11/10/25   Page 2 of 3

Yours

David



ELMIRA CORRECTIONAL FACILITY
P.O. BOX 500
ELMIRA, NEW YORK 14902-0500

NAME: David Johnson   DIN 25B3344

A-6-14

Pro-se
Office of court clerk
United states district court
southern District of New York
500 Pearl Street
New York NY
10007

legal-mail