UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID JOHNSON,

                            Plaintiff,

-v-                                      CIVIL ACTION NO. 25 Civ. 4719 (JPC) (SLC)

HERBERT WROTEN, et al.,                       **ORDER**

                            Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic conference held today, November 13, 2025, the Court orders as follows:

1. Defendants shall draft a stipulation memorializing the parties' agreement:

    a. to dismiss Plaintiff's allegations related to his arrests on October 23, 2023 (the "Oct. 2023 arrests") and December 19, 2023 (the "Dec. 2023 arrest") so that only the allegations related to the May 28, 2023 arrests remain in this action; and

    b. that Plaintiff may file two separate complaints related to the Oct. 2023 and Dec. 2023 arrests.

2. Defendants shall share the stipulation with Plaintiff and file the stipulation once it is signed by all parties.

3. Defendants shall request a copy of the transcript of today's conference by **Monday, November 17, 2025**.

4. Elmira Correctional Facility and any other facility that houses Plaintiff in the future

shall permit Plaintiff to add defense counsel's phone number to his approved call list.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff's address on the docket.

Dated:     New York, New York
           November 13, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge