RECEIVED
NOV 17 2025
PRO SE OFFICE

11/7/25,

Re: David Johnson  Pro-se
ID #25 B 3242 Elmira correctional Facility PO Box 500 Elmira NY 14902-0500
Matter case Name Johnson V. Wroten et, al, Docket #25cv4719

Dear, Magistrate Judge
             Sarah L. Cave
please note want to point out, a few matters of my case. 1st) I explain about, the Scheduling order, problem had sent letter to court, clerk to set a new date. Due to Fact 10/22/25 date was no longer, at rikers 10/20/25 got shiped upstate. 2nd) I am in need, of following records for Discovery, from each Defendant. Records as follows, from each Defendant. Prisoner movement slip. Arrest checklist sheet. Arrest photos from events. Also record status ARR PRC Cmpl sheet. Also police officers District attorney Body-worn camera checklist sheet. Also N.Y.PD Property clerk invoice sheet. All records are part of a

arresting officer's papers of an arrest of a person. Also finger print card, all papers that show each Defendants shleid #, also Tax ID #. All requesting records of Discovery, are needed. As part of my complaint, in 25 cv 4719 matter. Also as part of matter, hear iam requesting if can be Assigned an attorney, for 25cv 4719 matter.

Yours'
David Johnson
Plaintiff Pro-se

**ELMIRA CORRECTIONAL FACILITY**
P.O. BOX 500
ELMIRA, NEW YORK 14902-0500

NAME: David Johnson   DIN: 25B2242
A-6-14

[USM P3 / SDNY stamp]

[Elmira Correctional Facility RECEIVED stamp NOV 17 2025]

[Postage: neopost 11/10/2025 US POSTAGE $000.74 ZIP 14901 041L11251115 FIRST-CLASS MAIL IMI]

United States District court
Southern District of New York
Hon. Magistrate Sarah L. Cave
500 Pearl Street, New York
NY 10007

legal mark