UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID JOHNSON,

                Plaintiff,

    -v-

HERBERT WROTEN, et al.,

                Defendants.

CIVIL ACTION NO. 25 Civ. 4719 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiff's letter requesting appointment of counsel at Dkt. No. 24.  Litigants unable to pay for counsel do not have a constitutional right to counsel in civil actions. Davila v. Doar, No. 07 Civ. 5767 (SHS) (DF), 2008 WL 4695004, at *2 (S.D.N.Y. Oct. 22, 2008).  The Court may grant pro bono counsel to a person who cannot afford one if his "'position seems likely to be one of substance.'"  Id. (quoting Hendricks v. Coughlin, 114 F.3d 390, 392 (2d Cir. 1997)). The Court must consider "the merits of plaintiff's case, the plaintiff's ability to pay for private counsel, [plaintiff's] efforts to obtain a lawyer, the availability of counsel, and the plaintiff's ability to gather the facts and deal with the issues if unassisted by counsel." Cooper v. A. Sargenti Co., Inc., 877 F.2d 170, 172 (2d Cir. 1989).

Despite Plaintiff's in forma pauperis status, Plaintiff has not made any showing related to the factors listed above.  Accordingly, Plaintiff's request for counsel is DENIED WITHOUT PREJUDICE.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff's address on the docket.

Dated:      New York, New York
            November 24, 2025

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**