11/16/025,

Re: David Johnson
ID # 25B3242 Elmira Correctional Facility
PO Box 500 Elmira NY 14902-0500
  Matter of 25cv4719 Pro-se
Attn, Federal, Pro-se Legal Assistance Project.
Please note iam, the Plaintiff Pro-se,
under Docket # 25cv4719. My reason of my
letter, to You. Iam in need of some, assistance
most of all some kind of legal help. 11/13/25
had a legal conference call, for above matter.
I also sent, a letter to Judge to request, for
an attorney. Due to my circumstances of
being hear, but most of all cant compleate
on Line services not allowed hear.

  Yours
  David Johnson
    Pro-se

RECEIVED NOV 24 2025 PRO SE OFFICE



ELMIRA CORRECTIONAL FACILITY
P.O. BOX 500
ELMIRA, NEW YORK 14902-0500

NAME: David Johnson   DIN: 03B3242

C-4-09

Federal Pro se Legal Assistance Project
Southern District of New York
500 Pearl Street
New York, NY

legal mail

legal mail

RECEIVED NOV 24 2025