11/16/25

Re: David Johnson
ID #25B3240 Elmira correctional facility
PO Box 500 Elmira NY 14902-0500
Matter of 25cv4719 Pro-se
Attn, federal, Pro-se Legal Assistance Project.
Please note iam, the Plaintiff Pro-se, under Docket #25cv4719. My reason of my letter to You. Iam in need of some, assistance most of all some kind of legal help. 11/13/25 had a legal conference call, for above matter. I also sent, a letter to Judge to request, for an attorney. Due to my Circumstances of being hear, but most of all cant compleate on line services not allowed hear.

Yours
David Johnson
Pro-se

RECEIVED
NOV 24 2025
PRO SE OFFICE

---

The Court is in receipt of Plaintiff's letter at Dkt. No. 26. Plaintiff is reminded of the Court's order at Dkt. No. 25 denying his request for the appointment of counsel. Plaintiff is directed to contact the Legal Assistance Clinic at (212) 382-4794.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff's address on the docket.

SO ORDERED   11/26/25

*Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge



ELMIRA CORRECTIONAL FACILITY
P.O. BOX 500
ELMIRA, NEW YORK 14902-0500
NAME: David Johnson   DIN: 05B3242

C-4-09

Federal Pro se Legal Assistance Project
Office of
Southern District of New York
500 Pearl Street
New York, NY
legal-
mail

legal mail