11-29-25,

Re: David JOHNSON,
   25 B 3242

   Matter of Civ 25 4719

Attn, Court ~~█████~~ clerk

Please let court know,
also all, others part of ~~████~~
above case. AS of 11-24-25, got
Moved, from Elmira correctional.
I am at new, address, from my
envelope, letter hear sent. I Just
got hear 11-28-25.

                        Yours
                        David Johnson

RECEIVED
DEC - 9 2025
PRO SE OFFICE

