12-19-25, pg 1 of 1

Re: David Johnson, Plaintiff
ID # 25 B 3242, Wende Correctional
Wende Rd, PO Box 1187 Alden NY 14004-1187.

RECEIVED SDNY PRO SE 2025 DEC 30 PM 12:02

Matter of Docket # 25 civ 4719

Herbert Wroten, et, al, Defendants

Attn, Magistrate Judge. Sarah L Cave,

I am in need, of some Discovery from the Defendants. In order to better Litigate my case. Discovery from each of the Defendants as follows. 1st) All of the Defendants arresting officer papers after an arrest is made. Hear are listed papers in need of. ① Record status ARR PRC CMPL sheet. ② Mug shoot photo. ③ Arrest Check list sheet. ④ Prisoner movement Slip sheet. ⑤ N.V.P.D Property clerk invoice sheet. ⑥ Finger print card sheet. ⑦ District Attorney Body-worn camera checklist, each Defendant has after an arrest got made. ⑧ Also any and all other paper work, from each Defendant as Part of arrest of plaintiff. Yours'

David Johnson # 25B3242

**WENDE CORRECTIONAL FACILITY**
Wende Rd., P.O. Box 1187
Alden, New York 14004-1187

NAME: David Johnson   DIN: 05B3242

A-2-23

Docket # 25 civ 4719
United States District Court
for Southern District of New York
Attn. Pro-Se office court Clerk
500 Pearl Street New York
NY 10007

legal-mail

