**MEMO ENDORSED**

12-19-25, pg 1 of 1

Re. David Johnson, Plaintiff
ID # 05 B 3242, Wende Correctional
Wende Rd, PO Box 1187 Alden NY 14004-1187.

Matter of Docket # 25 civ 4719

Herbert Wroten, et. al, Defendants
Attn, Magistrate Judge. SARAH L CAVE,
I am in need, of some Discovery
from the Defendants. In order to better
Litigate my case. Discovery from each of
the Defendants as follows. 1st) All of
the Defendants arresting officer papers
after an arrest is made. Hear are listed
papers in need of. ① Record status ARR PRC
cmpl sheet. ② Mug shoot photo. ③ Arrest
checklist sheet. ④ Prisoner movement
slip sheet. ⑤ N.Y.PD Property clerk invoice
sheet. ⑥ Finger print card sheet. ⑦
District Attorney Body-worn camera
checklist, each defendant has after an
arrest got made. ⑧ Also any and all
other paper work, from each Defendant as
part of arrest of plaintiff. Yours'
David Johnson # 05B3242

Plaintiff's requests for discovery at Dkt. No. 31 are DENIED at this time. Plaintiff is reminded that this case is still in the pleading stage and therefore discovery is premature.

SO ORDERED   1/6/26

*Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge

---

WENDE CORRECTIONAL FACILITY
Wende Rd., P.O. Box 1187
Alden, New York 14004-1187

NAME: David Johnson   DIN: 25B3242
A-2-23

legal mail

Docket # 25 civ 4719
United States District Court
For Southern District of New York
Attn, Pro-Se office court Clerk
500 Pearl Street New York
NY 10007