UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID JOHNSON,

                Plaintiff,

    -v-

HERBERT WROTEN, et al.,

                Defendants.

CIVIL ACTION NO. 25 Civ. 4719 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court notes that Plaintiff has complied with the Court's instructions at the conference held on November 13, 2025 to file two new cases regarding Plaintiff's allegations related to his arrests on October 23, 2023 (the "Oct. 2023 arrests") and December 19, 2023 (the "Dec. 2023 arrest"). See Dkt. Nos. 23; 28; No. 25 Civ. 10728; No. 25 Civ. 10760. Nevertheless, the parties have not yet filed a stipulation dismissing the allegations related to the Oct. 2023 and Dec. 2023 arrests. Accordingly, by **Wednesday, January 28, 2026**, the parties shall file a stipulation dismissing the claims in this action relating to the Oct. 2023 and Dec. 2023 arrests.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff's address on the docket.

Dated:     New York, New York
            January 14, 2026

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**