**MEMO ENDORSED**

RECEIVED JAN 27 2026 PRO SE OFFICE

District Court
-rict of New York

David L. Johnson, Plaintiff

Against                          25cv4719

Police officer Herbert Wroten #26425 17th Pct.
Police officer Charles Morro #1011 13th Pct.
Police officer Luis Diaz #19018 10th Pct.
Police officer Danielle Venuto #7106 9th Pct.
Police officer Keith Kealy #2948 MTS Pct.
                                Defendants

Whereas, Plaintiff David Johnson, Proceeding Pro-Se, commenced this action by filing a complaint, on or about June 3rd 2025, asserting claims under 42 U.S.C. 1983.

Whereas, Defendants Police officers from the N.Y.C. Police Department deny any and all liability arising out of Plaintiff David Johnson claim. Plaintiff David Johnson brings about claim. Due to the falsely being arrested most of all imprisoned by the Defendants. Due to actions of the Defendants' that cause the Plaintiff David Johnson, to sustained emotional upset most of all mental anguish. All of Plaintiff's David Johnson arrests by the Defendants was dismiss in the court of law. As to the Defendant, Danielle Venuto #7106 ID 957255 9th Pct in above action. Plaintiff Mr. David Johnson, request telephonic call Conference, bet Defendant, Danielle Venuto

also attorney for Defendant, Danielle Venuto. Due to the questions plaintiff David L. Johnson, has for Defendant Danielle Venuto. Plaintiff, David Johnson, also request from all Defendants in action hear the following records for my Discovery. In the action, hear from each Defendant. ① Record status ARR PRC CMPL sheet. ② Mugshot, photo. ③ Arrest check list sheet. ④ Prisoner Movement slip sheet. ⑤ N.Y.P.D Property clerk invoice sheet. ⑥ finger print card sheet. ⑦ District attorney Body-worn camera check list sheet. All of the above, Discovery items requested are items a police officer must have when a person is arrested by a police officer. In plaintiff David Johnson, request the listed Discovery from each Defendant, be turned over to plaintiff.

Yours'
Plaintiff David Johnson
ID# 05 B 3242, Wende correctional Wende Rd
PO Box 1187 Alden
NY 14004-1187

Plaintiff's requests for discovery at Dkt. No. 34 are DENIED at this time. Plaintiff is reminded that this case is still in the pleading stage and therefore discovery is premature.

SO ORDERED 1/29/26

*Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge

---

WENDE CORRECTIONAL FACILITY
Wende Rd., P.O. Box 1187
Alden, New York 14004-1187

NAME: David Johnson   DIN: 25B3242
A-2-23

Pro-se office
United States District court
Southern District of New York
500 Pearl street
New York, NY
10007

25CV4719