UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID JOHNSON,

                Plaintiff,

  -v-

HERBERT WROTEN, et al.,

                Defendants.

CIVIL ACTION NO. 25 Civ. 4719 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the stipulation of dismissal filed by the parties (Dkt. No. 39), Plaintiff's amended complaint asserting allegations <u>only</u> related to his arrests on or about May 28, 2023 was due on March 12, 2026.  To date, Plaintiff has not filed an amended complaint.  As a one-time courtesy the Court <u>sua sponte</u> EXTENDS Plaintiff's deadline to file his amended complaint to **Friday, March 27, 2026**.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff's address on the docket.

Dated:     New York, New York
            March 13, 2026

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge