UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID JOHNSON,

                            Plaintiff,

        -v-                                              CIVIL ACTION NO. 25 Civ. 4719 (JPC) (SLC)

HERBERT WROTEN, et al.,                                          **ORDER**

                            Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the stipulation of dismissal filed by the parties (Dkt. No. 39), Plaintiff's amended complaint asserting allegations only related to his arrests on or about May 28, 2023 was due on March 12, 2026.  On March 13, 2026, the Court granted Plaintiff a sua sponte extension to file an amended complaint by March 27, 2026.  To date, Plaintiff has not filed an amended complaint.  Because the amended complaint is required for this case to proceed, the Court GRANTS Plaintiff a final sua sponte extension to file his amended complaint, which shall be due on **Monday, April 13, 2026**.

Plaintiff is WARNED that failure to file an amended complaint by the April 13, 2026 deadline may result in the Court recommending dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff's address on the docket.

Dated:    New York, New York
          March 30, 2026

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge