March 24th 2026,
25 civ 4719

David Johnson DIN:25B3242
Wende Correctional Facility
Wende Rd, P.O. Box 1187
Alden, NY 14004-1187

RECEIVED
MAR 31 2026
PRO SE OFFICE

attn. clerk of the court

In responds to order dated march 13th 2026. I got today march 24th 2026. please note dont' know, if i got a full understanding, of a mended complaint matter. I made and sent the new complaints of the defendants tould to remove from 1st complaint. My claim from may 28th 2023, against Herbert wroten # 26405. please note is together, against Luis Diaz # 19018. Due to fact, Luis Diaz # 19018 arrested me on behalf, of Herbert wroten, # 26405 of 17th pct. I amended complaints of the two officers tould to do under dockets 25 cv 10760 also 25 cv 10728.

Yours'
David Johnson
Plaintiff



Case 1:25-cv-04719-JPC-SLC    Document 42    Filed 03/31/26    Page 2 of 2

**WENDE CORRECTIONAL FACILITY**
Wende Rd., P.O. Box 1187
Alden, New York 14004-1187

NAME: David Johnson          DIN: 25B3242
A-V-03

BUFFALO NY 140
27 MAR 2026

Southern District of New York
United States District court
Attn, clerk of court
500 Pearl street,
New York,
25CV 4719 10007-133099    NY, 10007

RECEIVED
MAR 30 2026
CLERK'S OFFICE
S.D.N.Y.