UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID JOHNSON,

Plaintiff,

-v-

HERBERT WROTEN, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 4719 (JPC) (SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiff's letter is response to the Court's Orders to file an Amended Complaint. (Dkt. No. 42). A telephonic conference to discuss the steps Plaintiff must take to file an Amended Complaint in this action is scheduled for **Thursday, April 9, 2026 at 3:00 p.m. ET** on the Court's conference line (the "Conference"). The parties are directed to call: 1-855-244-8681; meeting number: 2308-226-4654#, at the scheduled time. Counsel for Defendants is ORDERED to (1) contact the Elmira Correctional Facility to arrange for the production of Plaintiff for the Conference; (2) determine the telephone number at which Plaintiff will be reachable for the Conference; and (3) telephone the Court with Plaintiff on the line at the time and date of the Conference.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff's address on the docket.

Dated:    New York, New York
          April 3, 2026

                                        SO ORDERED.

                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**

2