

**THE CITY OF NEW YORK**
## LAW DEPARTMENT
100 Church Street
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**JOHN MCLAUGHLIN**
Phone: (212) 356-2670
Fax: (212) 356-3509
jmclaugh@law.nyc.gov
*Assistant Corporation Counsel*

April 7, 2026

**BY ECF**
Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: David Johnson v. Wroten, et al.,
     25 Civ. 4719 (JPC)(SLC)

Your Honor:

   Defendants respectfully write in response to Your Honor's Scheduling Order dated April 3, 2026 (Dkt. No. 43), which set a telephonic conference for Thursday, April 9, 2026 at 3:00 p.m.

   Upon contacting Wende Correctional Facility—where Plaintiff is currently housed—to arrange for his production on the call, the undersigned was informed that the facility would be unable to accommodate a conference at 3:00 p.m. Due to staffing shortages, correction officers may not be on duty in the afternoon to facilitate telephone calls. The facility indicated that it could accommodate calls in the morning, preferably around 9:30 a.m.

   In addition, the undersigned's last day at the New York City Law Department is April 10, 2026. Successive counsel assigned to this matter will need time to familiarize him- or herself with the facts and procedural history of the case. For this reason, the City defendants respectfully request that the conference be adjourned to the first week of May 2026, at a morning time convenient to the Court and the facility.

   We respectfully request that the Court set a new conference date and time, and we will promptly coordinate with Wende Correctional Facility to confirm Plaintiff's availability.

The Defendants thank the Court for its time and consideration of this request.

Respectfully Submitted,

/s/ John McLaughlin

John McLaughlin
Attorney for Defendant City
*Assistant Corporation Counsel*
New York City Law Department
100 Church Street
New York, NY 10007
(212) 356-2670
jmclaugh@law.nyc.gov

Cc:    **VIA FIRST CLASS MAIL**
David Johnson
DIN: 25B3242
Wende Correctional Facility
Wende Rd, P.O. Box 1187
Alden, NY 14004-1187
*Plaintiff Pro Se*

Defendants' request at Dkt. No. 44 is GRANTED. The telephonic conference scheduled for April 9, 2026 is ADJOURNED to **Friday, May 8, 2026 at 10:00 a.m. ET** on the Court's conference line. The parties are directed to call: 1-855-244-8681; meeting number: 2308-226-4654# at the scheduled time. Counsel for Defendants is ORDERED to (1) contact Wende Correctional Facility to arrange for the production of Plaintiff for the Conference; (2) determine the telephone number at which Plaintiff will be reachable for the Conference; and (3) telephone the Court with Plaintiff on the line at the time and date of the Conference.

The Clerk of the Court is respectfully directed to close Dkt. No. 44.

SO ORDERED   4/8/26

SARAH L. CAVE
United States Magistrate Judge

ii