4/8/26,

25 civ 4719

Plaintiff

Re: David JOHNSON ID 25B3242
Wende correctional Wende Rd,
Po Box 1187 Alden NY 14004-1187

PRO SE OFFICE
RECEIVED
APR 14 2026

Against

Defendant Herbert wroten
# 26425 of 17th Pct.

Please note Plaintiff

David L. JOHNSON, got order
4/7/26 for extension to file my
amended complaint. Due date by
Monday, April 13th 2026. By us
Mail, from wende correctional,
Plaintiff David L Johnson
on 4/9/2026 mailed Amended
complaint to the court.

Yours

David JOHNSON



WENDE CORRECTIONAL FACILITY
Wende Rd., P.O. Box 1187
Alden, New York 14004-1187

NAME: Louis Johnson    DIN: 25B3242A

A-2-23

Clerk of court
United states District court
Southern District of New York
500 Pearl street
New York, NY
10007

Docket #
25 civ 4719

BUFFALO NY 140
10 APR 2026 AM 2 L

RECEIVED
APR 13 2026
CLERK'S OFFICE
S.D.N.Y.

RECEIVED
SDNY PRO SE OF
2026 APR 14  AM 10