UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
APR 14 2026
PRO SE OFFICE

David JoHNSon
ID 25B3242 plaintiff

Write the full name of each plaintiff.

25 CV 4719

(Include case number if one has been
assigned)

Amended
COMPLAINT
(Prisoner)

-against-

Herbert wRoten
# 26425 17th Pct
Defendant.

Do you want a jury trial?
☑ Yes     ☐ No

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

---

Rev. 5/20/16

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

David      L.      JOHNSON
First Name        Middle Initial        Last Name

NONE

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

ID 25B3242 Wende correctional
Current Place of Detention

Wende Rd PO Box 1187
Institutional Address

Alden                    ny              14004-1187
County, City                    State              Zip Code

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced prisoner

☐ Other: _____

Page 2

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:    _Herbert_    _wroten_    _26425_
                First Name      Last Name         Shield #

Current Job Title (or other identifying information)
_Police officer_

Current Work Address
_17th Pct_

County, City                    State              Zip Code

Defendant 2:    _____    _____    _____
                First Name      Last Name         Shield #

Current Job Title (or other identifying information)
_____

Current Work Address    N/A

County, City                    State              Zip Code

Defendant 3:    _____    _____    _____
                First Name      Last Name         Shield #

Current Job Title (or other identifying information)
_____

Current Work Address    N/A

County, City                    State              Zip Code

Defendant 4:    _____    _____    _____
                First Name      Last Name         Shield #

Current Job Title (or other identifying information)
_____

Current Work Address    N/A

County, City                    State              Zip Code

Page 3

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: New York county

Date(s) of occurrence: 5/08/23

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

As follows Plaintiff David Johnson was arrested 5/08/23 due to a Criminal matter, from a 8/7/21, date of a claim of Criminal matter that claim to took place. In New York county on 8/7/21 at E33rd st 3rd Ave. My Arrest was filed by the Defendant, Herbert Wroten # 26425 of the 17th Pct. Please note Docket #CRO15057-23 NY of criminal matter. May 08th 2023, for the Defendant's Herbert ~~blacked out~~ Wroten #26425 17th Pct 8/7/21 claim of Criminal matter was arrested. By Manhattan warrant 10th Pct officers. Based on Defendant's Herbert Wroten Warrant arrest had against Plaintiff David L. Johnson in 8/7/21 matter. After Plaintiff's 5/08/23 arrest from Defendant Herbert Wroten 8/7/21 Matter. All of criminal charges by criminal court,

on 10/03/03 was dismissed, under.
Docket # CR015057-03 NY.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Due to the Defendant's false arrest
that cause Plaintiff hardship.
Also Mental stress.

**VI. RELIEF**

State briefly what money damages or other relief you want the court to order.

David Johnson
Plaintiff request money
damages. In the Sum of
$ 250,000 Due to Such
False arrest. BY Defendant
Herbert wroten.

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

4/8/06
Dated

Plaintiff's Signature

DAVID          L.          JOHNSON ID 05B3242
First Name          Middle Initial          Last Name

Wende correctional Wende Rd,
Prison Address

PO Box 1187 Alden NY 14004-1187
County, City          State          Zip Code

Date on which I am delivering this complaint to prison authorities for mailing:   4/9/06

Page 6