**MEMO ENDORSED**

4/8/26,

25 civ 4719

Plaintiff

Re: David JOHNSON ID 25B3242
wende correctional wende Rd,
PO Box 1187 Alden NY 14004-1187

Against

Defendant Herbert wroten
# 26425 of 17th Pct.

Please note Plaintiff

David L. JOHNSON, got order
4/7/26 For extension' to File my
amended complaint. Due date by
Monday, April 13th 2026. BY US
Mail, from wende correctional,
Plaintiff David L Johnson
on 4/9/2026 mailed Amended
complaint to the court.

Yours'
David JOHNSON

PRO SE OFFICE
RECEIVED
APR 14 2026

Plaintiff's request for an extensin of time to file his amended complaint at Dkt. No. 46 is GRANTED.  The Court is in receipt of the Amended Complaint at Dkt. No. 47. Accordingly, the telephonic conference scheduled for May 8, 2026 is ADJOURNED sine die.  By **Monday, May 18, 2026**, Defendants shall answer, move, or otherwise respond to the Amended Complaint.

SO ORDERED  4/17/26

SARAH L. CAVE
United States Magistrate Judge

WENDE CORRECTIONAL FACILITY
Wende Rd., P.O. Box 1187
Alden, New York 14004-1187

NAME: Louis Johnson   DIN: 25B3242K
A-2-23

Docket #
25 civ 4719

Clerk of court
United states District court
Southern District of New York
500 Pearl street
New York, NY
10007

BUFFALO NY 140
10 APR 2026 AM 2 L

CORR FAC

RECEIVED
APR 13 2026
CLERK'S OFFICE
S.D.N.Y.

2026 APR 14  AM 10
RECEIVED
SDNY PRO SE OF