UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------- x

DAVID JOHNSON,

                                   Plaintiff,

         -against-

ADA MYLES ASHONG, ET AL.,

                              Defendants.

-------------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

25 Civ. 4719

       **PLEASE TAKE NOTICE** that **HANNAH OLEYNIK**, Assistant Corporation Counsel, hereby appears as counsel of record on behalf of the Corporation Counsel of the City of New York, Steven Banks, attorney for defendants Keith Kealy, Lauren Helmeset, Albert Vitarelli, Luis Diaz, Charles Morro, Danielle Venuto, and Herbert Wroten in this action, and requests that all papers and future notifications in this action be served upon the undersigned at the address stated below and copied to ecf@law.nyc.gov.

Dated:       New York, New York
             April 21, 2026

                                  STEVEN BANKS
                                  Corporation Counsel
                                     of the City of New York
                                  *Attorney for Defendants*
                                  100 Church Street
                                  New York, New York 10007
                                  (212) 356-2663
                                  holeynik@law.nyc.gov

                                  By:

                                    s/*Hannah Oleynik*
                                    Hannah Oleynik
                                    Assistant Corporation Counsel
                                    Special Federal Litigation Division

cc:    **<u>BY FIRST-CLASS MAIL</u>**
David Johnson
DIN: 25B3242
Wende Correctional Facility
Wende Rd, P.O. Box 1187
Alden, NY 14004-1187
PRO SE