UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID JOHNSON,

                                    Plaintiff,

        -v-                                                    CIVIL ACTION NO. 25 Civ. 4719 (JPC) (SLC)

HERBERT WROTEN, et al.,                                        **SCHEDULING ORDER**

                                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

        This action has been referred to the undersigned for general pre-trial management and reports and recommendations on dispositive motions.  (Dkt. No. 9).  The Court is in receipt of Defendant Herbert Wroten's ("Defendant") motion to dismiss Plaintiff David Johnson's ("Mr. Johnson") Amended Complaint (Dkt. No. 47 (the "Amended Complaint")).  (Dkt. Nos. 50–53 (the "Motion")).  The Court sets the following briefing schedule for the Motion:

1. By **July 17, 2026**, Mr. Johnson shall file his response to the Motion;

2. By **August 7, 2026**, Defendant shall file his reply, if any, in further support of the Motion.

        The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff's address on the docket.

Dated:        New York, New York
              June 3, 2026

                                              SO ORDERED.

                                              _____
                                              SARAH L. CAVE
                                              **United States Magistrate Judge**