UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
                                          X

DAVID L. JOHNSON,

                    PLAINTIFF,

           -against-

HERBERT WROTEN,#26425, 17th Pct.,et al.,
                    DEFENDANT          X



PLAINTIFF'S NOTICE OF

MOTION IN OPPOSITION

25 Civ. 4719 (JPC)(SLC)

Upon the annexed affirmation of David Johnson, date June 17 th, 2026, and upon all the pleadings filed with this S.D.N.Y. Court, the Plaintiff will move Court on Wednesday, the 8th day of July 2026, for an order denying defendant's motion of summary judgment and motion to dismiss (Pursuant to Rule 12[b][6] of the F.R.C.P.) and dismissing all causes of action regarding qualified immunity under points one, two, and three of defendant Wroten's memorandum of law.

This claim was filed by a citizen of New York, named David Johnson, who lived in N.Y.C. at the time he was falsely arrested Seven (7) times, maliciously prosecuted by NY District Attorney's Office Seven (7) times, and has Seven (7) different judgments of dismissal, who is now seeking to recover damages for false arrest and malicious prosecution and the violation of his civil rights and his U.S. Constitutional Rights.

Answering affidavits, if any, shall be served upon the undersigned at least Seven (7) days before the return date of this motion.

Dated: June 17th, 2026,
Alden, Erie County New York

X _____
David Johnson, 25B3242
Wende Correctional Facility,
3040 Wende Rd., PO Box 1187,
Alden, NY 14004-1187

CAPTION: Plaintiff

David L. Johnson v.

Herbert w Roten #6425
et, al 17th Pct.
Albert
Vitarelli #3946 1st Pct et, al.

**CERTIFICATE OF SERVICE**
Docket Number: 05 Civ 4719
05 Civ 10760
05 Civ 10728

Lauren Helmeset, #31755. MTS Pct.

I, David L. Johnson, hereby certify under penalty of perjury that on

June 17th 06, I served a copy of Plaintiff Responds
(name)                                                Plus Exhibits
(date)

(list all documents) Responds to Defendants
Motion of Summary
Judgment. IN
Plaintiff Notice of
Motion in opposition.
Also Plaintiff Affirmation
Opposition, under 05 Civ 10728.

by (select all applicable)*

Also Plaintiff in
Affirmation
opposition under
05 Civ 10760.

☑ United States Mail
☐ Federal Express
☐ Overnight Mail
☐ Facsimile
☐ E-mail
☐ Hand delivery

on the following parties (complete all information and add additional pages as necessary):

Hannah oleynik corporation counsel of New
Name          Address          City          State          Zip Code

York, 100 church street New York NY 10007
Name          Address          City          State          Zip Code

Hon, Sarah L. Caue united states District
Name          Address          City          State          Zip Code

court southern District of New York
Name          Address          City          State          Zip Code
500 Pearl street. New York NY 10007

June 17th 2026,                                    _____
Today's Date                                           Signature

*If different methods of service have been used on different parties, please indicate on a separate
page, the type of service used for each respective party.

Certificate of Service Form



uid JOHNSON
25 B3242
DE CORRECTIONAL FACILITY
WENDE RD., PO BOX 1187
N, NY 14004-1187

INMATE NAME/NUMBER

9- V- 03



RECEIVED
SDNY PRO SE OFFICE

2025 JUN 22  PM 3:59

25 civ 4719  25 civ 10760  25 civ 10728

Attn, clerk of court Pro-se office
United states District court of Southern
District of New York
500 Pearl street
New York, NY
10007

US
SDNY

LEGAL MAIL

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONENCE PROGRAM

NAME: David Johnson    DIN: 25B 3024 2

A BLOCK
Incarcerated Individual
ID Verified
HALL CAPT.