**DECLARATION OF SERVICE BY MAIL**

I, Hannah Oleynik, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on August 7, 2026, I served the annexed: **Defendant Wroten's Reply Memorandum of Law in Further Support of his Motion to Dismiss, and unpublished cases pursuant to Local Civil Rule 7.2**, upon David Johnson by depositing a copy of the same, enclosed in a first class postpaid properly addressed wrapper, in a post office/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to David Johnson at the addresses set forth below:

> David Johnson
> DIN: 25B3242
> Wende Correctional Facility
> Wende Rd, P.O. Box 1187
> Alden, NY 14004-1187
> *Pro Se Plaintiff*

Dated:  New York, New York
        August 7, 2026

> _/s/ *Hannah Oleynik*_____
> Hannah Oleynik
> *Assistant Corporation Counsel*
> Special Federal Litigation Division